IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DELSHON MARICE TYOUS, SR.                                              PLAINTIFF

vs.                                    Civil No. 4:17-cv-04070

NANCY A. BERRYHILL                                                     DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-

styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the

Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is

hereby dismissed with prejudice.

**ENTERED this 28th day of June 2018.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE